**Order entered August 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01540-CV

### STEVEN V. TIPPS, Appellant

### V.

### PURPLE TREE, LLC, Appellee

### On Appeal from the County Court at Law No. 2
### Dallas County, Texas
### Trial Court Cause No. CC-18-04540-B

## ORDER

Before the Court is appellant's August 13, 2019 second motion for an extension of time to file his brief on the merits. He requests a forty-eight hour extension of time "through August 14, 2019." As of today's date, appellant has not tendered his brief. Accordingly, we **DENY** appellant's motion as moot.

On the Court's own motion, we **ORDER** appellant to file his brief on the merits by **August 26, 2019**, and caution him that failure to do so may result in dismissal of this appeal for want of prosecution without further notice. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    BILL WHITEHILL
       JUSTICE